GEORGE E. SCHULMAN (State Bar No. 064572)
*gschulman@dgdk.com*
AARON E. DE LEEST (State Bar No. 216832)
*adeleest@dgdk.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone: (310) 277-0077
Facsimile:  (310) 277-5735

`JS-6`

Attorneys for Appellee, Barrett S. Litt

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SHIRLEY ANN MCCLURE aka/dba SHIRLEY FOOSE MCCLURE, SAM MARKETING SERVICES,<br><br>      Debtor. | United States District Court Case No. CV 09-9400-GW<br><br>Bankr. Case No. 1:92-bk-13717-GM |
| SHIRLEY ANN MCCLURE,<br><br>      Appellant,<br><br>   vs.<br><br>BARRETT S. LITT,<br><br>      Appellee. | JUDGMENT ON APPEAL<br><br>Judge: George H. Wu |

`cc: Bankruptcy Court`

Appellant Shirley Ann McClure appealed the orders of the United States Bankruptcy Court for the Central District of California granting the Application for Compensation filed by Appellee Barrett S. Litt and denying Appellant's Motion for Reconsideration.  For the reasons set forth in the Court's tentative ruling (Docket No. 83) and prior tentative ruling (Docket No. 68) the Court affirms the Bankruptcy Court's orders.

DATED: _____August 10_____, 2012

_____
UNITED STATES DISTRICT JUDGE
GEORGE H. WU

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

On August 7, 2012, I served true copies of the following document(s) described as JUDGMENT ON APPEAL on the interested parties in this action as follows:

> Victor A. Sahn, Esq., Esq.
> SulmeyerKupetz
> 333 South Hope Street, 35th Fl
> Los Angeles, CA 90071

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Danning, Gill, Diamond & Kollitz, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 7, 2012, at Los Angeles, California.

_____
MARTHA GONZALEZ